

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00641-CV

**IN THE ESTATE OF JACK C. GILBERT, JR., DECEASED**,

From the County Court at Law, Kendall County, Texas
Trial Court No. 16-048-PR
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellant Trudy Jane Schuetze Sundin filed her brief on November 2, 2016. Appellee filed his brief on November 18, 2016. On December 7, 2016, Appellant filed a reply brief, a motion for leave to file an amended brief, and the amended brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4 (noting an amended brief "completely replaces the original brief").

In her opposed motion for leave to the file an amended brief, Appellant notes she presents no new arguments in her amended brief, she "has simply added a single sentence to the prayer of [the original] brief to request the alternative relief of remand."

This court may permit a party to amend its brief. *See* TEX. R. APP. P. 38.7; *ERC Midstream LLC v. Am. Midstream Partners, LP*, 497 S.W.3d 99, 108 n.2 (Tex. App.—Houston [14th Dist.] 2016, no pet.). Because Appellant's amended brief does not present any new argument, we GRANT Appellant's motion for leave to file the amended brief. *See ERC Midstream LLC*, 497 S.W.3d at 108 n.2. Appellant's amended brief is deemed timely filed. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court